IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY DEAN,                                  No. C 13-0128 WHA (PR)

       Plaintiff,                              **JUDGMENT**

v.

DR. MACK,

       Defendant.
                                     /

Pursuant to the order granting defendant's motion to dismiss, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: December 2 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE