**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY DEAN,  No. C 13-0128 WHA (PR)

    Plaintiff,  **JUDGMENT**

v.

DR. MACK,

    Defendant.
_____/

    Pursuant to the order granting defendant's motion to dismiss, judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE